ORIGINAL

FILED
AUG - 8 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| VIRGEL A PALMITOS | Case No. 09-59187 SLJ |
| NEIL M PALMITOS | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495258 for an unclaimed dividend in the amount of $25.27.  The name and address of the claimant entitled to the unclaimed dividend is as follows;

VIRGEL A PALMITOS
NEIL M PALMITOS
P O BOX  2463
SANTA CLARA, CA  95055

Dated: August 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE